UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CERTAIN UNDERWRITERS
SUBSCRIBING TO POLICY NO. FAL-
V135QH22PNGF,

                    Plaintiff,

-v-

ORIENT EXPRESS CONTAINER CO.,
INC.,

                    Defendant.

23-CV-9887 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Plaintiff and Defendant filed a joint letter on July 23, 2025 notifying the Court that they have reached a settlement on all of Plaintiff's claims against Defendant and seek to dismiss these claims with prejudice. (ECF No. 39.) However, the Defendant's claims against Third-Party Defendants Emu Lines Pvt. Ltd. and Amass Global Networks (US) Inc., remain.

    Accordingly, Plaintiff's claims against Defendant Orient Express Container Co., Inc., are hereby DISMISSED with prejudice.

    This case is hereby recaptioned as *Orient Express Container Co., Inc. v. Emu Lines Pvt. Ltd. and Amass Global Network (US) Inc.*

    The Clerk of Court is further directed to close the motion at Docket Number 39.

    SO ORDERED.

Dated: July 24, 2025
       New York, New York

                                          _____
                                              J. PAUL OETKEN
                                          United States District Judge