FLOYD                                                                                                                                                                                        ZADKOVICH

BY ECF

Judge Jennifer E. Willis
United States Courthouse
40 Foley Square, Courtroom 228
New York, NY 10007

Eva-Maria Mayer
Associate
eva.mayer@floydzad.com
+1 617 943 7957

November 17, 2025
Case No. 00US672

Dear Judge Willis,

**Re: Certain Underwriters Subscribing to Policy Number FAL-V135QH22PNGF v. Orient Express Container Co., Inc. v. EMU Lines Pvt. Ltd. v. Amass Global Network (US) Inc., 1:23-cv-09887-JPO**

We represent O.E.C. Shipping Los Angeles, Inc. d/b/a OEC Group (Los Angeles) (improperly sued herein as Orient Express Container Co., Inc.) ("**OEC**"), defendant and third-party plaintiff in the above-referenced action. We are pleased to report that OEC and third-party defendant AMASS Global Network (US) Inc. ("**AMASS**") have reached an agreement to resolve this matter between themselves and are in the process of preparing settlement papers.

In light of the foregoing, the parties respectfully request that the Court adjourn the upcoming attorneys only settlement conference scheduled for November 19, 2025, at 1:30pm, the settlement conference scheduled for December 4, 2025, at 10:30am, and all related appearances and deadlines, pending completion of settlement paperwork and the filing of a stipulation of dismissal. This is the parties' first request to adjourn the settlement conference.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Eva-Maria Mayer*

**Floyd Zadkovich (US) LLP**

> The parties' request to adjourn *sine die* the pre-settlement and settlement conferences scheduled for November 19 and December 4, 2025 is GRANTED. To the extent the parties are requesting to stay any other deadlines, those requests should be addressed to Judge Oetken. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> November 18, 2025

---

**FLOYD ZADKOVICH (US) LLP**
33 East 33rd St. (9th Floor, Suite 905), New York, NY 10016 USA

Floyd Zadkovich (US) LLP is a limited liability partnership established in the State of New York.
Floyd Zadkovich (US) LLP is a member firm of Floyd Zadkovich (a Swiss Verein). Each member of the Swiss Verein is separately insured and practices law independently of other member firms. The Swiss Verein does not provide any legal services.